```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**FRANKLIN CORNETTE**

       Plaintiff,

v.                         //    CIVIL ACTION NO. 1:06CV135
                                        (Judge Keeley)

**ALLIED INTERSTATE INC.,**

       Defendant.

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF MEDIATION DEADLINE

On August 15, 2007, the parties filed a joint motion for extension of the mediation deadline and requested the deadline be extended to September 7, 2007. As ground for the joint motion, the parties state that they have agreed upon a mediator, that they are obtaining available dates for the mediation and that the only date in the scheduling order that will be affected if this extension is granted is the date the mediator's report is due. Good cause having been shown and this being a joint request, the Court **GRANTS** the motion (docket no. 29).

Accordingly, the deadline by which the parties shall complete the private mediation in this case shall be completed on or before September 7, 2007.

It is so **ORDERED**.

**CORNETTE V. ALLIED INTERSTATE, INC.**                    1:06CV135

**ORDER GRANTING JOINT MOTION FOR
EXTENSION OF MEDIATION DEADLINE**

The Clerk is directed to transmit copies of this Order to counsel of record and the *pro se* plaintiff.

DATED: August 29, 2007.

                                /s/ Irene M. Keeley
                                IRENE M. KEELEY
                                UNITED STATES DISTRICT JUDGE