# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FRANKLIN CORNETTE,**

**Plaintiff,**

vs.                                **CIVIL ACTION NO. 1:06CV135**

**ALLIED INTERSTATE, INC.,**
**a Minnesota Corporation,**

**Defendant.**

## ORDER

On the 9th day of September, 2007, Plaintiff filed a Motion to Modify Scheduling Order [Docket Entry 32].

Inasmuch as discovery closes on September 30, 2007, the Court shall expedite hearing Plaintiff's motion.

It is, therefore, **ORDERED** that the Court will conduct a *telephonic* hearing on Plaintiff's Motion to Modify Scheduling Order on **Thursday, September 27, 2007, at 1:30 p.m.** The Court directs Plaintiff to initiate the telephonic hearing and join Defendant's counsel at (304) 353-8000 and this Court at (304) 622-1516.

The Clerk of Court is directed to provide copies of this Order to *pro se* Plaintiff and Defendant's counsel.

DATED: September 24, 2007

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE